# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Wayne Nicolaison,

          Petitioner,

vs.

Cal Ludeman,

          Respondent.

Civil No. 07-3224 (RHK/JJG)

**ORDER**

---

Having reviewed de novo the January 14, 2008, Report and Recommendation of Magistrate Judge Jeanne J. Graham, and Petitioner's Objections thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED:**

1. Petitioner's Objections (Doc. No. 32) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 30) is **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

4. Petitioner's Motion for Default Judgment (Doc. No. 8) is **DENIED;**

5. Respondent's Motion to Dismiss (Doc. No. 15) is **GRANTED;**

6. Petitioner's Motion for an Evidentiary Hearing (Doc. No. 23) is **DENIED**; and

7. Petitioner's Motion to Strike (Doc. No. 29) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge